Anna M. Seidman
D.C. Bar No. 417091
(Pro Hac Vice)
Safari Club International
501 Second Street NE
Washington, D.C.  20002
Tel:  202-543-8733
Fax:  202-543-1205
aseidman@safariclub.org

*Attorney for Plaintiff Safari Club International*

Nathan Winger
N. M. Bar No. 132612
Pro Hac Vice
Winger & Associates, P.C.
121 Tijeras Avenue NE
Suite 3500
Albuquerque, New Mexico  87102
Tel:  505-242-2824
nathan@wingerlawfirm.com

*Attorney for Plaintiffs Northern New Mexico Chapter of Safari Club International and Southern New Mexico Chapter of Safari Club International*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Safari Club International et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Sally M.R. Jewell, et al.,<br><br>                Defendants. | No. CV-16-00094-TUC-JGZ<br><br>**RESPONSE OF SAFARI CLUB INTERNATIONAL ET AL. TO MOTION TO INTERVENE OF CENTER FOR BIOLOGICAL DIVERSITY AND DEFENDERS OF WILDLIFE** |

Safari Club International, the Northern New Mexico Chapter of Safari Club International and the Southern New Mexico Chapter of Safari Club International ("Safari Club") take no position on the Motion to Intervene (Dkt. 44) filed by Center for Biological Diversity and Defenders of Wildlife ("CBD et al.") other than to assert that:

1) Safari Club does not agree with CBD et al.'s factual description and legal arguments concerning the revisions to the Mexican Wolf experimental population rule. 80 Fed. Reg. 2512 (Jan. 16, 2015) ("10(j) Rule"); and

2) The Court should not permit CBD et al. to use the declarations of Peter Ossorio, Kim Crumbo and Jean Ossorio (Exhibits 3, 4, and 5 of CBD et al.'s Motion to Intervene), which make no mention of Safari Club's lawsuit and address only CBD et al.'s own lawsuit and separate challenges to different aspects of the 10(j) Rule, as a means of introducing into this litigation the claims of CBD et al.'s lawsuit against Federal Defendants.

Dated this 9th day of May, 2016.

                                                  Respectfully submitted,

                                                  /s/ Anna M. Seidman_____
                                                  Anna M. Seidman
                                                  D.C. Bar No. 417091
                                                  (Pro Hac Vice)
                                                  Safari Club International
                                                  501 Second Street NE
                                                  Washington, D.C.  20002

Tel:  202-543-8733
Fax:  202-543-1205
aseidman@safariclub.org


/s/ Nathan Winger_____
Nathan Winger
N. M. Bar No. 132612
(Pro Hac Vice)
Winger & Associates, P.C.
121 Tijeras Avenue NE
Suite 3500
Albuquerque, New Mexico  87102
Tel:  505-242-2824
nathan@wingerlawfirm.com

*Attorneys for Plaintiffs Safari Club International, the Northern New Mexico Chapter of Safari Club International and the Southern New Mexico Chapter of Safari Club International*

3

## CERTIFICATE OF SERVICE

I, hereby certify that on the 9th day of May, 2016, I caused the foregoing **RESPONSE OF SAFARI CLUB INTERNATIONAL ET AL. TO MOTION TO INTERVENE OF CENTER FOR BIOLOGICAL DIVERSITY AND DEFENDERS OF WILDLIFE** to be e-filed through the United States District Court CM/ECF electronic filing system and served on all counsel of record.

/s/Anna M. Seidman  
Anna M. Seidman