IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity et al.,<br><br>　Plaintiffs,<br>v.<br>Ryan Zinke, et al.,<br><br>　Defendants. | No. CV-15-00019-TUC-JGZ (l)<br>No. CV-15-00179-TUC-JGZ (c)<br>No. CV-15-00285-TUC-JGZ (c)<br><br>**ORDER** |
| Safari Club International, et al.,<br><br>　Plaintiffs,<br>v.<br>Ryan Zinke, et al.,<br><br>　Defendants. | No. CV 16-00094-TUC-JGZ<br><br>**ORDER** |

Judgment is hereby entered in accordance with the Court's March 31, 2018 and June 7, 2018 Orders. (ECF Nos. 200, 215.) The challenged rule, published at 80 Fed. Reg. 2,512 (Jan. 16, 2015), shall be remanded and set aside but remain in effect until the Service issues a new final rule for the experimental population of Mexican gray wolves, or otherwise remedies the deficiencies identified in the March 31, 2018 Order, at which time the January 16, 2015 final rule will be superseded.

Federal-Defendants shall have twenty-five (25) months to issue a final, revised 10(j) rule in accordance with the Court's March 31, 2018 Order. During the remand period, Federal-Defendants shall submit semi-annual reports informing this Court and all parties of their progress towards finalizing a revised 10(j) rule. These reports are to be dated no later than January 1 and July 1 of each year.

Any claim for which the Court did not grant any party's motion for summary judgment, as set forth in the Court's March 31, 2018 Order, is dismissed without prejudice.

Dated this 16th day of April, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge